## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DAVID P. BROOKS,

                              Plaintiff,

          v.                                              CASE NO. 25-3055-JWL

JENNIFER MYER, ET AL.,

                              Defendants.


### MEMORANDUM AND ORDER

This matter comes now before the Court on Plaintiff and state prisoner David P. Brooks' motion for an extension of time to respond to the memorandum and order to show cause (MOSC) filed in this matter on April 11, 2025. ( Docs. 6 and 7.) The motion will be granted. Plaintiff will be granted to and including June 16, 2025 in which to respond to the MOSC.


**IT IS THEREFORE ORDERED** that the motion for extension of time (**Doc. 7**) is **granted**. Plaintiff is granted to and including **June 16, 2025** in which to comply with the April 11, 2025 memorandum and order to show cause (Doc. 6).


**IT IS SO ORDERED.**

DATED:  This 14th day of May, 2025, at Kansas City, Kansas.


                              S/ John W. Lungstrum
                              JOHN W. LUNGSTRUM
                              United States District Judge


1